U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

JUN 14 2018

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:17-cr-00327-02 |
| | * | |
| VERSUS | * | 18 U.S.C. § 3 |
| | * | 18 U.S.C. § 922(g)(1) |
| DAVID WAYNE WILLIAMS (02) | * | 21 U.S.C. § 841(a)(1) |
| a/k/a "Big Dave" | * | 18 U.S.C. § 924(c)(1)(A) |
| CHRISTINA MARIE WILLIAMS (03) | * | |
| BRIAN ELLIOT GRANGER (04) | * | |
| a/k/a "Sneak" | * | |
| LELAND EDWARD HAMM (05) | * | JUDGE DRELL |
| RICHARD ALAN SMITH (06) | * | MAGISTRATE JUDGE WHITEHURST |

**SECOND SUPERSEDING INDICTMENT**

THE GRAND JURY CHARGES:

COUNT 1
Accessory After the Fact to the Murder of Clifton Hallmark
[18 U.S.C. § 3]

On or about July 1, 2016, in the Western District of Louisiana, DAVID WAYNE WILLIAMS, a/k/a "Big Dave," CHRISTINA MARIE WILLIAMS, BRIAN ELLIOT GRANGER, a/k/a "Sneak," LELAND EDWARD HAMM, and RICHARD ALAN SMITH, knowing that an offense against the United States had been committed by JEREMY WADE JORDAN, a/k/a "JJ", to wit: the murder of Clifton Hallmark, in violation of Title 18, United States Code, Section 1959(a)(1), did receive, relieve, comfort, and assist JEREMY WADE JORDAN, a/k/a "JJ," in order to hinder and

prevent his apprehension, trial and punishment. All in violation of Title 18, United States Code, Section 3. [18 U.S.C. § 3].

## COUNT 2
### Possession of a Firearm by a Convicted Felon
### [18 U.S.C. § 922(g)(1)]

On or about March 20, 2018, in the Western District of Louisiana, the defendant, DAVID WAYNE WILLIAMS, a/k/a "Big Dave," having previously been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess a firearm, namely, one (1) Kel-Tec 9 millimeter semi-automatic pistol, in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2). [18 U.S.C. §§ 922(g)(1) and 924(a)(2)].

## COUNT 3
### Possession with Intent to Distribute a Controlled Substance
### [21 U.S.C. § 841(a)(1)]

On or about March 20, 2018, in the Western District of Louisiana, the defendant, DAVID WAYNE WILLIAMS, a/k/a "Big Dave," knowingly and intentionally possessed with the intent to distribute five (5) grams or more of methamphetamine, it salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B). [21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)].

## COUNT 4
Possession of Firearm in Furtherance
of a Drug Trafficking Crime
[18 U.S.C. § 924(c)(1)(A)]

On or about March 20, 2018, in the Western District of Louisiana, the defendant, DAVID WAYNE WILLIAMS, a/k/a "Big Dave," knowingly and intentionally possessed a firearm, that is, a Kel-Tec 9 millimeter semi-automatic pistol, in furtherance of a drug trafficking crime, for which he may be prosecuted in a court of the United States, that is, the possession with the intent to distribute five (5) grams or more of methamphetamine, it salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 18, United States Code, Section 924(c)(1)(A). [18 U.S.C. § 924(c)(1)(A)].

## Forfeiture Allegation
[18 U.S.C. § 924(d)(1)]

(A)  The allegations contained in Counts 2 and 4 are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d)(1):

(B)  As a result of the violations in Counts 2 and 4 of this Indictment, the defendant, DAVID WAYNE WILLIAMS, aka "Big Dave," shall forfeit to the United States his interest in any firearm and ammunition involved in or possessed during those offenses, including:

1) One (1) Kel-Tec, Model P-11, 9 millimeter semi-automatic pistol, bearing serial number AAV784

described in Counts 2 and 4 of this Indictment, all in violation of Title 18, United States Code, Section 924(d)(1). [18 U.S.C. § 924(d)(1)].

A TRUE BILL:

_____REDACTED_____
GRAND JURY FOREPERSON

DAVID C. JOSEPH
United States Attorney

By: _____
DOMINIC ROSSETTI, CA Bar No. 287676
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: (337) 262-6618

DAVID L. JAFFE
Acting Chief, Organized Crime and Gang Section
United States Department of Justice

By: _____
DAVID N. KARPEL, CO Bar No. 17865
Trial Attorney
Organized Crime and Gang Section
United States Department of Justice