UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * CRIMINAL NO. 6:17-cr-00327-02 |
| | * 18 U.S.C. § 3 |
| VERSUS | * |
| | * JUDGE DRELL |
| DAVID WAYNE WILLIAMS | * |
| a/k/a "Big Dave" | * MAGISTRATE JUDGE WHITEHURST |

## MEMORANDUM OF THE UNITED STATES
## IN OPPOSITION TO DEFENDANT'S MOTION TO PRODUCE

NOW INTO COURT, comes the UNITED STATES OF AMERICA, by and through the undersigned Assistant United States Attorney, who, in response to the defendant's Motion to Produce Plea Agreements and Factual Bases (Doc. 213), respectfully shows that the defendant's motion should be denied for the following reasons:

In his motion, the defendant, DAVID WILLIAMS, a/k/a "Big Dave", claims that he is "entitled to a copy of the complete plea agreements, including the factual bases, for use at trial for all purposes, including cross-examination of the witnesses."  Doc. 213, p. 2.  Defendant cites no legal authority in support of his argument.

Simply put, the defendant is not entitled to the requested documents at this time. The fact that a co-defendant has entered a guilty plea is not relevant as to the defendant's guilt.  *United States v. Borchardt*, 698 F.2d 697, 701 (5th Cir. 1983) ("A defendant is entitled to have the question of his guilt determined upon the evidence

against him, not on whether a Government witness or a codefendant has pled guilty to the same charge.").    Furthermore, Federal Rule of Criminal Procedure 16 does not authorize "the discovery or inspection of statements made by prospective government witnesses," except in the case of Jencks Act material.    FED. R. CRIM. PRO. 16(a)(2).

The plea agreements of co-defendants are only relevant if the case proceeds to trial and the Government calls the co-defendants to testify.    If that occurs, the requested documents would be Jencks Act material, or possibly *Giglio* material.[1]    As of this filing, the Government does not know if it will call these witnesses to testify at trial.[2]

Moreover, there is an issue of timing.    Trial has been set for October 1, 2018. Should the government decide to call any of these witnesses, the defendant would not be entitled to Jencks Act material until after the witness has testified on direct exam. As per the Criminal Scheduling Order issued by the Court in this case, the Government typically will provide this information not less than seven days before trial.    Material deemed to be *Giglio* is timely if it is disclosed at the same time as *Jencks* material.    *United States v. Brown*, 699 F.2d 704, 709 (5th Cir. 1983) (reaffirming that "when alleged Brady material is contained in Jencks Act material, disclosure is generally timely if the government complies with the Jencks Act") (citations omitted).

---

[1] *See*, Jencks Act, 18 U.S.C. § 3500, *Brady v. Maryland*, 373 U.S. 83, 87 (1963), and *Giglio v. United States*, 405 U.S. 150, 154 (1972)
[2] The government is also under no obligation to provide defense with a witness list at this time. That is a matter within the Court's discretion.    *See, United States v. Edmonson*, 659 F.2d 549 (5th Cir. 1981).

Additionally, the Court has already granted motions to seal each of these items and clearly had reasons to do so.   The defendant makes no argument in his motion that these reasons are invalid or no longer exist.

For the foregoing reasons, the defendant's motion should be denied.

Respectfully submitted,

DAVID C. JOSEPH
United States Attorney


By:       s/ Dominic Rossetti
DOMINIC ROSSETTI, CA ID #287676
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
Telephone: (337) 262-6618

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * CRIMINAL NO. 6:17-cr-00327-02 |
| | * 18 U.S.C. § 3 |
| VERSUS | * |
| | * JUDGE DRELL |
| DAVID WAYNE WILLIAMS | * |
| a/k/a "Big Dave" | * MAGISTRATE JUDGE WHITEHURST |

## **C E R T I F I C A T E**

I hereby certify that on July 18, 2018, a copy of the **MEMORANDUM OF THE UNITED STATES IN OPPOSITION TO DEFENDANT'S MOTION TO PRODUCE** was filed electronically with the Clerk of Court using the CM/ECF system.   Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

DAVID C. JOSEPH
United States Attorney

By:      s/ Dominic Rossetti
DOMINIC ROSSETTI, CA ID #287676
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
Telephone:   (337) 262-6618