RECEIVED
AUG 21 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Civil Action No. 6:17-0327-02 |
| versus | Judge Dee D. Drell |
| DAVID WAYNE WILLIAMS (02) | Magistrate Judge Carol B. Whitehurst |

**JUDGMENT**

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the defendant David Wayne William's Motion To Produce Plea Agreements and Factual Bases [Rec. Doc. 213] is **DENIED**.

SIGNED on this 21st day of August, 2018, at Alexandria, Louisiana.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT