**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**
**(HELD IN ALEXANDRIA)**

**UNITED STATES OF AMERICA**          **CASE NO. 6:17-CR-00327-02**

**VERSUS**                                            **JUDGE DRELL**

**DAVID WAYNE WILLIAMS (02)**          **MAGISTRATE JUDGE WHITEHURST**

**MINUTES OF COURT:**
**Sentencing**

| | | | |
|---|---|---|---|
| Date: | November 20, 2018 | Presiding: Judge Dee D. Drell | |
| Court Opened: | 2:00 p.m. | Courtroom Deputy: | Greta Roaix |
| Court Adjourned: | 2:50 p.m. | Court Reporter: | Cathleen Marquardt |
| Statistical Time: | 00:00 | Courtroom: | 2nd Floor Courtroom |

**APPEARANCES**

| | | |
|---|---|---|
| Luke Walker (AUSA standing in for Dominic A Rossetti  (AUSA) | For | United States of America |
| Frank Granger  (CJA) | For | David Wayne Williams (02) |
| David Wayne Williams (02) | | Defendant |

**PROCEEDINGS**

Sentencing Hearing
Defendant advised of his right to appeal
Defendant is remanded into the custody of the U. S. Marshal

**Filings:**          Witness List

**Sentence as to Count 1 of the Indictment**:  Imprisonment for 97  months, with credit for time served in the custody of the U. S. Marshal Service, beginning March 20, 2018. Supervised release for a term of  3 years;   Fine: Waived; Interest: Waived;  Assessment of $100, due immediately.

**Sentence as to Count 2 of the Indictment**:  Imprisonment for  97 months, with credit for time served in the custody of the U. S. Marshal Service.  The defendant's sentence is to run concurrently with count 1; Supervised Release for a term of 3 years, to run concurrently  with  count 1;  Fine: Waived; Interest: Waived;   Assessment of $100, due immediately.

**<u>Sentence as to Count 3 of the Indictment</u>**:  Imprisonment for  97 months, with credit for time served in the custody of the U. S. Marshal Service.  The defendant's sentence is to run concurrently with count 1 and 2; Supervised Release for a term of 4 years, to run concurrently with count 1;  Fine: Waived; Interest: Waived;

**<u>Sentence as to Count 4 of the Indictment</u>**:  Imprisonment for 60 months, with credit for time served in the custody of the U. S. Marshal Service.  The defendant's sentence is to run consecutively with count 1, 2 and 3; Supervised Release for a term of 3 years, to run concurrently  with count 1;  Fine: Waived; Interest: Waived;